UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELLY WOFFORD,
Plaintiff,

v.

WEBSTER FINANCIAL CORPORATION et al.,
Defendants.

Case No. 303CV0616 (AWT)

November 4, 2003

FILED
2003 NOV -5  A 11: 29
US DISTRICT COURT
HARTFORD CT

## MOTION TO EXTEND TIME

1. Plaintiff hereby moves for an extension of time until December 8, 2003 to respond or object to the discovery request dated October 9, 2003 of Defendant CONTINENTAL CASUALTY COMPANY.

2. Plaintiff's counsel has inquired of said Defendant's counsel, Darren E. Sinofsky, and there is agreement to the motion.

3. No previous motion for extension of time has been filed by Plaintiff.

RICHARD H. KOSINSKI (ct15419)
Attorney for Plaintiff
106 Farmington Ave, Ste 2B
New Britain, CT 06053-2982
860-224-7115

## CERTIFICATION

I hereby certify that a copy hereof was mailed on November 4, 2003 by first class mail, postage prepaid, to Attorney Darren E. Sinofsky, Morrison, Mahoney & Miller, One Constitution Plz, Hartford, CT 06103; and Attorney Domenico Zaino, Carmody & Torrance, P.O. Box 1110, Waterbury, CT 06721.

RICHARD H. KOSINSKI