

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

KELLY WOFFORD,
Plaintiff,

v.

WEBSTER FINANCIAL CORPORATION et al.,
Defendants.

2003 DEC -3 P 1:57

US DISTRICT COURT
HARTFORD CT

Case No. 303CV0616 (AWT)

December 1, 2003

## MOTION TO EXTEND TIME

1. Plaintiff hereby moves for an extension of time until 30 days after a settlement conference to respond or object to the discovery request dated October 9, 2003 of Defendant CONTINENTAL CASUALTY COMPANY.

2. Plaintiff's counsel has inquired of said Defendant's counsel, Darren E. Sinofsky, and there is agreement to the motion.

3. A previous motion for extension of time filed by Plaintiff was granted until December 8, 2003.

4. In the Report of Parties' Planning Meeting, Paragraph V.C.1., the parties certified that they considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice and, in Paragraph V.C.3, agreed to a settlement conference with a Magistrate Judge.

5. The case has been referred to Magistrate Judge Donna F. Martinez for a settlement conference.

Extension GRANTED, to and including March 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/4/03

RICHARD H. KOSINSKI (ct15419)
Attorney for Plaintiff
106 Farmington Ave, Ste 2B
New Britain, CT 06053-2982
860-224-7115

## CERTIFICATION

I hereby certify that a copy hereof was mailed on December 1, 2003 by first class mail, postage prepaid, to Attorney Darren E. Sinofsky, Morrison, Mahoney & Miller, One Constitution Plz,