```
                                                    FILED

                                                    2003 DEC 19  A 7: 42

                                                    U.S. DISTRICT COURT
                                                    HARTFORD, CT.
```

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY WOFFORD )  | |
|    Plaintiff ) | |
| ) | Civil Action No. |
| V. ) | 303-CV0616 (AWT) |
| ) | |
| WEBSTER BANK, WEBSTER ) | |
| FINANCIAL CORP. and CONTINENTAL ) | |
| CASUALTY CO. ) | |
|    Defendants ) | December 17, 2003 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves to withdraw the appearance of Kenny & Brimmer, LLC on behalf of the Defendants, Webster Bank and Webster Financial Corporation. Further, the undersigned counsel represents that Attorneys Domenico Zaino and Giovanna Tiberii Weller of CARMODY & TORRANCE, LLP have filed an appearance on behalf of the above-referenced Defendants and will be representing said defendants throughout this matter.

WHEREFORE, the undersigned counsel prays that the Motion to Withdraw is granted.

DEFENDANTS, WEBSTER BANK AND WEBSTER FINANCIAL CORP.

By *Anita M. Varunes*
Anita M. Varunes
Federal Bar No.: 04993
Kenny & Brimmer, LLC
Its Attorney
5 Grand Street
Hartford, CT 06106
Tel. No.: (860) 527-4226

ORDER

The foregoing Motion having been duly heard by the Court, it is hereby ORDERED: GRANTED/DENIED.

BY THE COURT,

_____
Judge/Clerk

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this 17th day of December, 2003, to:

Richard H. Kosinski, Esq.
106 Farmington Avenue, Suite 2B
New Britain, CT 06053-2982

Domenico Zaino, Esq.
Attorney Giovanna Tiberii Weller
Carmody & Torrance, LLP
P.O. Box 1110
Waterbury, CT  06721-1110

Darren E. Sinofsky, Esq.
Joel M. Fain, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT  06103-1810

_____
Anita M. Varunes