**FILED**

2003 DEC 19 A 7:42

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY WOFFORD<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) Civil Action No.<br>) 303-CV0616 (AWT) |
| WEBSTER BANK, WEBSTER<br>FINANCIAL CORP. and CONTINENTAL<br>CASUALTY CO.<br>    Defendants | )<br>)<br>)<br>)<br>) December 17, 2003 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves to withdraw the appearance of Kenny & Brimmer, LLC on behalf of the Defendants, Webster Bank and Webster Financial Corporation. Further, the undersigned counsel represents that Attorneys Domenico Zaino and Giovanna Tiberii Weller of CARMODY & TORRANCE, LLP have filed an appearance on behalf of the above-referenced Defendants and will be representing said defendants throughout this matter.

WHEREFORE, the undersigned counsel prays that the Motion to Withdraw is granted.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    12/24/03



KENNY & BRIMMER, LLC • ATTORNEYS AT LAW • FIVE GRAND STREET • HARTFORD, CONNECTICUT • 06106-1505 • JURIS NO. 31232
(860) 527-4226 • FAX # (860) 527-0214