UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELLY WOFFORD,
Plaintiff,

Case No. 303CV0616 (AWT)

v.

March 15, 2004

WEBSTER FINANCIAL CORPORATION et al.,
Defendants.

MOTION TO EXTEND TIME

1. Plaintiff hereby moves for an extension of time until 30 days after a settlement conference to respond or object to the discovery request dated October 9, 2003 of Defendant CONTINENTAL CASUALTY COMPANY.

2. Plaintiff's counsel has inquired of said Defendant's counsel, Darren E. Sinofsky, and there is agreement to the motion.

3. Two previous motions for extension of time filed by Plaintiff were granted combined until March 15, 2004.

4. In the Report of Parties' Planning Meeting, Paragraph V.C.1., the parties certified that they considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice and, in Paragraph V.C.3, agreed to a settlement conference with a Magistrate Judge.

5. The case has been referred to Magistrate Judge Donna F. Martinez for a settlement conference.

2

6. Magistrate Judge Martinez has not yet been able to schedule a settlement conference.

          RICHARD H. KOSINSKI (ct15419)
          Attorney for Plaintiff
          106 Farmington Ave, Ste 2B
          New Britain, CT 06053-2982
          V:  860-224-7115
          F:  860-224-7116
          E:  rikosin@att.net

## CERTIFICATION

I hereby certify that a copy hereof was mailed on March 15, 2004 by first class mail, postage prepaid, to Attorney Darren E. Sinofsky, Morrison, Mahoney & Miller, One Constitution Plz, Hartford, CT 06103; and Attorney Domenico Zaino, Carmody & Torrance, P.O. Box 1110, Waterbury, CT 06721.

          RICHARD H. KOSINSKI