UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 15 A 11: 43
U.S. DISTRICT COURT
HARTFORD, CT.

KELLY WOFFORD,
Plaintiff,

v.

WEBSTER FINANCIAL CORPORATION et al.,
Defendants.

Case No. 303CV0616(AWT)

March 15, 2004

## MOTION TO EXTEND TIME

1. Plaintiff hereby moves for an extension of time until 30 days after a settlement conference to respond or object to the discovery request dated October 9, 2003 of Defendant CONTINENTAL CASUALTY COMPANY.

2. Plaintiff's counsel has inquired of said Defendant's counsel, Darren E. Sinofsky, and there is agreement to the motion.

3. Two previous motions for extension of time filed by Plaintiff were granted combined until March 15, 2004.

4. In the Report of Parties' Planning Meeting, Paragraph V.C.1., the parties certified that they considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice and, in Paragraph V.C.3, agreed to a settlement conference with a Magistrate Judge.

5. The case has been referred to Magistrate Judge Donna F. Martinez for a settlement conference.

Extension GRANTED. The plaintiff must respond or object to defendant Continental Casualty Company's October 9, 2003 discovery requests within thirty days of the settlement conference before Magistrate Martinez. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 03/18/04

FILED
2004 MAR 18 P 4: 0
U.S. DISTRICT COURT
HARTFORD, CT.