UNITED STATES DISTRICT COURT

DISTRICT   OF   CONNECTICUT

KELLY WOFFORD

     v.

                                   Case Number: 3:03CV616(AWT)

WEBSTER FINANCIAL CORP.,
WEBSTER BANK, CONTINENTAL
CASUALTY CO.,

*FILED*

*2005 FEB -1 P 5: 01*

*U.S. DISTRICT COURT*
*HARTFORD, CT.*

NOTICE   TO   COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>February 1, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 3, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, February 1, 2005.


                           KEVIN F. ROWE, CLERK

                           By: _____
                               Robert K. Wood
                               Deputy Clerk


EOD_____