UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NO. 303CV0616 (AWT) |
| KELLY WOFFORD | : |  |
| Plaintiff |  |  |
| VS. | : |  |
| WEBSTER FINANCIAL CORPORATION, WEBSTER BANK AND CONTINENTAL CASUALTY COMPANY | : | FEBRUARY 3, 2005 |
| Defendant |  |  |

### STIPULATION FOR DISMISSAL

The defendants, Continental Casualty Company, by and through their attorney, Darren E. Sinofsky, Webster Financial Corporation and Webster Bank, by and through their attorney, Giovanna Weller, and the plaintiff, Kelly Wofford, through her attorney, Richard H. Kosinski, stipulate that all claims against Continental Casualty Company, Webster Financial Corporation and Webster Bank in the above-entitled action shall be dismissed with prejudice, without costs, and all right of appeal waived.

1

THE DEFENDANT,
CONTINENTAL CASUALTY COMPANY


BY: /s/ Darren E. Sinofsky
    Darren E. Sinofsky, Esq.
    Federal Bar No. CT 21118
    Morrison Mahoney, LLP
    One Constitution Plaza, 10th Floor
    Hartford, CT 06103
    (860) 616-4441
    -Its Attorneys-


THE DEFENDANTS,
WEBSTER FINANCIAL CORPORATION AND
WEBSTER BANK

BY: _____
    Giovanna Weller, Esq.
    Federal Bar No. CT 20082
    Carmody & Torrance, LLP
    P.O. Box 1110
    Waterbury, CT 06721-1110
    (203) 573-1200
    -Its Attorneys-

THE PLAINTIFF,
KELLY WOFFORD,

BY: _____
    Richard H. Kosinski, Esq.
    Federal Bar No. CT 15419
    106 Farmington Avenue, Suite 2B
    New Britain, CT 06053
    (860) 224-7115
    -Her Attorney-

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

  I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record postage prepaid this 24th day of February, 2005, as follows:

Richard H. Kosinski, Esq.
106 Farmington Avenue, Suite 2B
New Britain, CT 06053
*(Counsel for Plaintiff)*

Giovanna Weller, Esq.
Carmody & Torrance, LLP
P.O. Box 1110
Waterbury, CT 06721-1110
*(Counsel for Defendant Webster Financial Corporation and Webster Bank)*

            /s/ Darren E. Sinofsky
            Darren E. Sinofsky, Esq.

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459