UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY WOFFORD : | CIVIL ACTION NO. 303CV0616 (AWT) |
| Plaintiff : | |
| VS. : | |
| WEBSTER FINANCIAL : | FEBRUARY 3, 2005 |
| CORPORATION, WEBSTER BANK | |
| AND CONTINENTAL CASUALTY | |
| COMPANY | |
| Defendant | |

## STIPULATION FOR DISMISSAL

The defendants, Continental Casualty Company, by and through their attorney, Darren E. Sinofsky, Webster Financial Corporation and Webster Bank, by and through their attorney, Giovanna Weller, and the plaintiff, Kelly Wofford, through her attorney, Richard H. Kosinski, stipulate that all claims against Continental Casualty Company, Webster Financial Corporation and Webster Bank in the above-entitled action shall be dismissed with prejudice, without costs, and all right of appeal waived.

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   3/10/05

1